UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Marquetia Sykes

          Plaintiff,

v.

          Case No.: 1:19−cv−05251

          Honorable Andrea R. Wood

JLB Enterprises, LLC, d/b/a The Factory Gentlemen's Club, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 26, 2019:

    MINUTE entry before the Honorable Andrea R. Wood: The parties having filed a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [16], this case is dismissed without prejudice and with each party to bear its own attorneys' fees and costs. All pending hearing dates and motions are stricken. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.